*E-FILED: February 22, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSHUA EMETERIO and JOHN P. FISCHER,<br><br>    Plaintiffs,<br>  v.<br><br>ASHRON CONSTRUCTION & RESTORATION, INC.; SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a municipal organization; and SURETEC INSURANCE COMPANY,<br><br>    Defendants.<br>_____/ | No. C12-04296 HRL<br><br>**ORDER DISMISSING DEFENDANT BAY AREA RAPID TRANSIT DISTRICT WITHOUT PREJUDICE** |

On February 12, 2013, the parties appeared for an initial Case Management Conference. The discussion at the conference indicated that defendant Bay Area Rapid Transit District (BART) is not necessary to these proceedings, and plaintiffs stated their willingness to dismiss their claims as to that defendant. The court advised that, within a week after the conference, it would issue an order dismissing BART without prejudice, unless plaintiffs told the court otherwise. The court having received no information as to why BART should remain in this action, BART is hereby dismissed without prejudice.

SO ORDERED.

Dated: February 22, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-04296-HRL Notice has been electronically mailed to:

Dawna Jeanne Cilluffo    dawna@dclawcorp.com

Tomas Eduardo Margain    Tomas@LaCasaLegal.com, brisa@lacasalegal.com, crronan@gmail.com, huy@lacasalegal.com, margainlaw@hotmail.com