*E-FILED:  July 16, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSHUA EMETERIO and JOHN P. FISCHER,          No. C12-04296 HRL

               Plaintiffs,

  v.

ASHRON CONSTRUCTION &
RESTORATION, INC.; SAN FRANCISCO
BAY AREA RAPID TRANSIT DISTRICT; and
SURETEC INSURANCE COMPANY,

               Defendants.

_____/

**ORDER TO SHOW CAUSE RE
SETTLEMENT**

Plaintiffs previously dismissed defendant San Francisco Bay Area Rapid Transit without

prejudice; and, the court is informed that the remaining parties have settled this matter.

Accordingly, all previously set deadlines and appearances are vacated.

**On or before August 30, 2013**, the parties shall file a stipulated dismissal pursuant to

Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, the parties shall appear in

Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose,

California on **September 10, 2013, 10:00 a.m.** and show cause, if any, why the case should not

be dismissed pursuant to Fed. R. Civ. P. 41(a).  The parties shall file a joint statement in

response to this Order to Show Cause **no later than September 3, 2013**, advising as to (1) the

status of the activities of the parties in finalizing settlement; and (2) how much additional time,

**United States District Court**
For the Northern District of California

if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

     SO ORDERED.

Dated: July 16, 2013



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5:12-cv-04296-HRL Notice has been electronically mailed to:

Dawna Jeanne Cilluffo     dawna@dclawcorp.com

Huy Ngoc Tran     huy@lacasalegal.com

Tomas Eduardo Margain     Tomas@LaCasaLegal.com, brisa@lacasalegal.com, huy@lacasalegal.com, margainlaw@hotmail.com, oriana@lacasalegal.com

**United States District Court**

For the Northern District of California

3